ELOISE BROWN, PETITIONER-RESPONDENT, v. GENERAL ANILINE AND FILM CORPORATION, RESPONDENT-APPELLANT.

Argued September 24, 1974—Decided October 8, 1974.

*Mr. Anthony J. LaRusso* argued the cause for appellant (*Messrs. Lindabury, McCormick & Estabrook,* attorneys).

*Mr. Otto C. Staubach* argued the cause for respondent (*Messrs. Weiner, Mirabelli & Glennon,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division.

*For affirmance*—Chief Justice HUGHES, Justices HALL, SULLIVAN, PASHMAN and CLIFFORD, and Judge KOLOVSKY— 6.

*For reversal*—None.